UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONETTA LABELLE BENIOT,<br><br>Plaintiff,<br><br>v.<br><br>PNC BANK, QUALIFY LOAN SERVICE CORP.,<br><br>Defendant. | No. 2:19-cv-01063-MCE-DB<br><br><br><br>**ORDER** |

The Court has reviewed pro se Plaintiff's <u>ex parte</u> petition for a Temporary Restraining Order ("TRO") (ECF No. 3), seeking an order to prevent the June 11, 2019 trustee sale of the property located at 5 Bluegate Court, Sacramento, CA 95838 ("the Property"), allegedly occurring at 1:30 p.m. The Court notes Plaintiff filed her TRO request barely an hour prior to commencement of the alleged trustee sale.

Plaintiff's request suffers from several defects under Eastern District of California Local Rule 231. These deficiencies include, in part, a failure to brief all relevant legal issues (L.R. 231(c)(3)), the lack of an affidavit supporting the existence of an irreparable injury (L.R. 231(c)(4)), the absence of an affidavit detailing notice, or efforts to effect notice, to the affected parties (L.R. 231(c)(5)), and the absence of a proposed order (L.R. 231(c)(6)). Despite these defects, the Court recognizes that the foreclosure sale of

1

one's home is a serious matter, one which requires sufficient time to consider all relevant factors.  Further, as a result of the extremely short time the court has had to review the papers (approximately one (1) hour) the court is not prepared to make a complete decision re the propriety of Plaintiff's request. Because of these factors, the Court will show leniency in Plaintiff's procedural defects.

Accordingly, Plaintiff's TRO request (ECF No. 3) is GRANTED and the Court hereby ENJOINS any sale of the Property for a period of seven (7) days following the date of this Order.  Plaintiff is ordered to file an amended TRO request that fully complies with Local Rule 231.  Failure to adhere to this Court's Order may result in sanctions, to include dismissal of this case without further notice.

IT IS SO ORDERED.

Dated:  June 11, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE