UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONETTA LaBELLE BENOIT,<br><br>Plaintiff,<br><br>v.<br><br>PNC BANK; QUALITY LOAN SERVICE CORP.,<br><br>Defendants. | No. 2:19-cv-1063 MCE DB PS<br><br><br><br>ORDER |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 1, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. ECF No. 21. The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 1, 2020 (ECF No. 21) are ADOPTED in full;

2. This action is DISMISSED without prejudice; and

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  July 8, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE